JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA MICHELLE MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX, INC.,<br><br>　　　　Defendants. | CV 19-07989 PA (MRWx)<br><br>JUDGMENT |

　　Pursuant to the Court's December 26, 2019 Minute Order dismissing Plaintiff's claims for lack of prosecution and failure to comply with the Court's Order,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

　　IT IS SO ORDERED.

DATED: December 26, 2019　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE